# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201700191

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ROBERT D. STEWART
Master Sergeant (E-8), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, Marine Corps Installations Pacific, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Colonel William N. Pigott, USMC.
For Appellant: Captain Thomas R. Fricton, USMC.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 31 October 2017

————————————————

Before GLASER-ALLEN, HUTCHISON, and SAYEGH, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court